ANDREW FISHKIN, ESQ.
SBN 237845
LAW OFFICE OF ANDREW FISHKIN, P.C.
1215 "L" STREET
BAKERSFIELD, CA 93301
info@lawyerfish.com
Tel: 661-322-6776
Fax: 661-322-6770

ATTORNEY FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **CASE NO.: 1:11-CR-00104-AWI** |
| ) | |
| **Plaintiff,** ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| **JORGE BRAVO-BRAVO** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

The court has reviewed and considered the Stipulation Continuing Status Conference Hearing Date in this case. Time will be excluded from the speedy trial act.

**IT IS SO ORDERED, that the Stipulation Continuing Status Conference Hearing be GRANTED in this case to February 13, 2012.**

IT IS SO ORDERED.

Dated:  December 1, 2011  _____
CHIEF UNITED STATES DISTRICT JUDGE