```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,      )  1:11-cr-0104 AWI
                                   )
12              Plaintiff,         )
                                   )
13       v.                        )  STIPULATION RE:
                                   )  CONTINUANCE AND ORDER
14  JORGE BRAVO-BRAVO,             )
                                   )
15                                 )
                Defendant.         )
16  _____)
```

17    Defendant JORGE BRAVO-BRAVO, by and through his attorney, W.
18 ANDREW JEFFREY FISHKIN, and the United States of America, by and
19 through its attorneys, BENJAMIN B. WAGNER, United States Attorney,
20 and KAREN A. ESCOBAR, Assistant United States Attorney, hereby
21 enter into the following stipulation:
22    1.  The parties to the above-captioned matter agree to vacate
23 the February 13, 2012, hearing date, set in this matter, and reset
24 the matter for March 12, 2012, at 10:00 a.m.
25    2.  The parties stipulate that the continuance is necessary
26 to pursue plea negotiations, which recently commenced following
27 completion of a defense investigation of a related matter in
28 United States v. Jorge Bravo-Bravo, aka Jesus Andrade Perez,

                                1

```
 1  3:98CR68 MA, in the District of Oregon.
 2       3.   The parties further stipulate that time should be
 3  excluded in the interest of justice.
 4  DATED: February 7, 2012                  Respectfully submitted,
 5                                           BENJAMIN B. WAGNER
                                             United States Attorney
 6
                                             By: /s/ Karen A. Escobar
 7                                               KAREN A. ESCOBAR
                                                 Assistant U.S. Attorney
 8
 9                                            /s/ Andrew Jeffrey Fishkin
                                                                  ANDREW
10                                           JEFFREY FISHKIN
                                             Attorney for Defendant
11                                           JORGE BRAVO-BRAVO
```

## O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current hearing date of February 13, 2012, at 10 a.m., is hereby vacated in this matter and is reset for March 12, 2012, at 10:00 a.m.

The Court further finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, in that the failure to grant the continuance would deny the parties the opportunity to pursue plea negotiations.

WHEREFORE IT IS HEREBY ORDERED that time shall be excluded in the interest of justice, pursuant to 18 U.S.C. § 3161(h)(7)(A). IT IS SO ORDERED.

Dated:    February 8, 2012
                                        CHIEF UNITED STATES DISTRICT JUDGE